JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>GRACE E. HILL, AKA GRACE HILL,<br><br>           Defendant | No. 5:14-cv-0273<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Grace E. Hill, aka Grace Hill, in the principal amount of $7,901.13 plus interest accrued to February 11, 2014, in the sum of $15,347.99; with interest accruing thereafter at $1.92 daily until entry of judgment, for a total amount of **$23,090.56**.

DATED: 6/4/14          By: TERRY NAFISI
                           Clerk of the Court

                           _____
                           Deputy Clerk
                           United States District Court